UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CIVIL ACTION NO. 1:25-CV-00108-CRS-HBB

VANNIE F.                                                                          PLAINTIFF

v.

COMMISSIONER OF SOCIAL SECURITY                                 DEFENDANT

## ORDER

The above matter having been referred to the United States Magistrate Judge who has filed his Findings of Fact, Conclusions of Law, and Recommendation, no objections having been filed thereto, the time for objections having expired, and the Court having considered the same, the Court hereby **ACCEPTS AND ADOPTS** in their entirety the findings of fact and conclusions of law set forth in the magistrate judge's report **(DN 27)** and incorporates them by reference herein. Accordingly, Plaintiff's Motion for Extension of Time to File Complaint **(DN 13)** is **DENIED**. Defendant's Motion for Summary Judgment **(DN 22)** is **GRANTED**. A separate judgment in favor of the Commissioner will be entered this date.

**IT IS SO ORDERED**.

June 3, 2026

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record